IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NATIVIDAD SILVA, JR.,

    Plaintiff,

  v.

                                    Case No. 16-cv-185-wmc

L.C. WARD, MS. BRAKER, AND
COUNSELOR JAMES ,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 09/26/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |